In the Matter of the Application of HARVEY BISTANY, Appellant, for an Order, under Article 78 of the Civil Practice Act, against CHARLES S. COLDEN, County Judge, and CHARLES P. SULLIVAN, District Attorney of the County of Queens, Respondents.— Order denying petitioner's application for an order vacating a sentence theretofore imposed upon him by the County Court of Queens County and for a resentence and dismissing the petition and remanding the petitioner, unanimously affirmed. (*People* v. *Hammersmith*, 229 App. Div. 385.) Present — Lazansky, P. J., Carswell, Adel, Taylor and Close, JJ.

In the Matter of the Application of ERNEST BLOCK, Petitioner, against CHARLES S. COLDEN, a Judge of the County Court of the County of Queens, Respondent, to Review and Annul the Determination and Order of the Respondent Adjudging the Petitioner Guilty of a Criminal Contempt of Court.— Proceeding, under article 78 of the Civil Practice Act, to review the determination of a county judge of Queens county, adjudging petitioner guilty of a criminal contempt of court. Determination unanimously confirmed, without costs. No opinion. Present — Hagarty, Carswell, Johnston, Taylor and Close, JJ.

In the Matter of the Application of GUARANTY TRUST COMPANY OF NEW YORK, as Trustee under the Last Will and Testament of ELMER E. SMATHERS, Deceased, Respondent, for an Order Pursuant to Article 78 of the Civil Practice Act, against THEODORE ORNSTEIN, Mayor of the City of Long Beach, JACOB W. OSMAN and Others, Constituting the City Council of the City of Long Beach, N. Y., Appellants.— Appeal from order in proceeding, under article 78 of the Civil Practice Act, requiring defendants to audit and allow certain tax refunds, with interest and costs, and directing them to include in the budget for the tax levy for the fiscal year 1941–1942, and in each succeeding budget until the entire refunds are paid, twenty per cent of the amount thereof, and to pay to the petitioner within sixty days after the final adoption of each budget the amount of said installment. Order unanimously affirmed, with fifty dollars costs and disbursements. No opinion. Present — Lazansky, P. J., Hagarty, Carswell, Johnston and Taylor, JJ.

In the Matter of the Application of JERON COMPANY, INC., DIVIDEND REALTY CORP. and ARNJER COMPANY, INC., Appellants, against THE BOARD OF STANDARDS AND APPEALS OF THE CITY OF NEW YORK, HARRIS H. MURDOCK and Others, as Members of Said Board of Standards and Appeals, Respondents, and SOCONY-VACUUM OIL COMPANY, INCORPORATED, Intervenor, Respondent.— Certiorari proceeding instituted by appellants to review the action of the board of standards and appeals in granting a variation of the use regulations of the Building Zone Resolution. Order vacating the order of certiorari herein and confirming in all respects the determination of the board of standards and appeals unanimously affirmed, with fifty dollars costs and disbursements to each respondent filing a brief. No opinion. Present — Lazansky, P. J., Hagarty, Johnston, Taylor and Close, JJ.

In the Matter of the Application of LONGKEN, INC., Respondent, for an Order Pursuant to Article 78 of the Civil Practice Act, against THEODORE ORNSTEIN, Mayor of the City of Long Beach, JACOB W. OSMAN and Others, Constituting the City Council of the City of Long Beach, N. Y., Appellants.— Appeal from order in proceeding, under article 78 of the Civil Practice Act, requiring defendants to audit and allow certain tax refunds, with interest and costs, and directing them to include in the budget for the tax levy for the fiscal year 1941–1942, and in each succeeding budget until the entire refunds are paid, twenty per cent of the amount